No. 162.  UNITED STATES v. E. I. DU PONT DE NEMOURS & Co. Appeal from the United States District Court for the District of Delaware. Probable jurisdiction noted. The motion to clarify and define the assignment of errors is denied. MR. JUSTICE CLARK took no part in the consideration or decision of these questions. *Solicitor General Soloboff, Assistant Attorney General Barnes* and

*Charles H. Weston* for the United States. *Gerhard A. Gesell* and *David C. Acheson* for appellee.